■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVON FIELDS, Appellant. [857 NYS2d 495]—Judgment, Supreme

Court, New York County (Arlene Goldberg, J.), rendered April 27, 2006, convicting defendant, upon his plea of guilty, of robbery in the first degree, and sentencing him, as a second violent felony offender, to a term of 14 years, unanimously affirmed.

Defendant failed to preserve his claim that he was not properly adjudicated a second violent felony offender, and we decline to review it in the interest of justice. As an alternative holding, we also reject it on the merits. In the circumstances presented (*see People v Booker*, 301 AD2d 477 [2003], *lv denied* 100 NY2d 592 [2003]) it is appropriate to consider defendant's New Jersey indictment, which clearly establishes that his first-degree robbery conviction in that state was for the equivalent of a New York violent felony.

We perceive no basis for reducing the sentence. Concur—Lippman, P.J., Tom, Gonzalez and Buckley, JJ.